**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GILMAN SCHULZ, III,**

    Plaintiff,

vs.                                     **CASE NO.: 8:23-cv-00711-SDM-CPT**

**FIRSTKEY HOMES, LLC,**

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, GILMAN SCHULZ, III, by and through his undersigned counsel, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby files this notice of voluntary dismissal without prejudice as to Defendant, FIRSTKEY HOMES, LLC, in the above- styled matter.  Each party will bear its own costs.

    DATED this 19th day of May, 2023.

                                                     **FLORIN GRAY BOUZAS OWENS, LLC**
                                                     */s/ Gregory A. Owens*_____
                                                       **GREGORY A. OWENS, ESQUIRE**
                                                       Florida Bar No.: 51366
                                                       greg@fgbolaw.com
                                                       **WOLFGANG M. FLORIN, ESQUIRE**
                                                       Florida Bar No.: 907804
                                                       wolfgang@fgbolaw.com
                                                       16524 Pointe Village Drive, Suite 100
                                                       Lutz, FL 33558
                                                       Telephone (727) 254-5255
                                                      Facsimile (727) 483-7942
                                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Gregory A. Owens*_____
*Attorney for Plaintiff*